# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JAMES INGRAM,
Plaintiff,

v.                                                                  Civ. No. 2: 07-2798-JDT-egb

GLEN TURNER, et al,
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that in accordance with the order entered in the above-styled matter on 10/29/10, the parties hereby stipulate that Plaintiff's claims against Defendants are **DISMISSED**, with prejudice.

**APPROVED:**

　　　　　　　　　　　　　　　　　　 s/ **James D. Todd**
　　　　　　　　　　　　　　　　　　JAMES D. TODD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**